■ ANNE V. DE SAIRIGNE, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of FRANK J. GOULD, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The check having been presented for payment and dishonored and an action instituted during the lifetime of the maker, his liability under section 111 of the

Negotiable Instruments Law thereupon accrued and survived his death. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.